Daniel R. Forde (SBN: 248461)
Erica J. Sullivan  (SBN: 306466)
**HOFFMAN & FORDE, ATTORNEYS AT LAW**
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
Tel:  (619) 546-7880
Fax: (619) 546-7881
dforde@hoffmanforde.com
esullivan@hoffmanforde.com

Attorneys for Plaintiff,
GISELLE ZORNBERG

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| GISELLE ZORNBERG, an individual,<br><br>Plaintiff,<br>v.<br><br>EQUIFAX INC.; TRANS UNION LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and LONG ISLAND UNIVERSITY,<br><br>Defendants. | Case No.: 3:16-CV-3005-GPC-AGS<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC.**<br><br>Judge:       Hon. Gonzalo P. Curiel<br>Mag. Judge: Hon. Andrew G. Schopler<br>Date Filed:   December 12, 2016 |
|---|---|

TO THE HONORABLE MAGISTRATE JUDGE ANDREW G. SCHOPLER:

Plaintiff Giselle Zornberg ("Plaintiff") respectfully notifies the Court that Plaintiff and Defendant EQUIFAX INC. ("Defendant") have settled all claims between them in this matter and are in the process of completing the final settlement documents and filing the dismissal within the next thirty (30) days.

//

//

- 1 -

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC.**

Plaintiff respectfully requests that the Court retain jurisdiction for any matters related to completing and / or enforcing the settlement.

Dated: March 6, 2017

Respectfully submitted,
**HOFFMAN & FORDE**

/s/ *Erica J. Sullivan*
Erica J. Sullivan, Esq.
3033 Fifth Avenue, Suite 225
San Diego, CA 92103
P: (619) 546-7880
F: (619) 546-7881

Attorneys for Plaintiff,
Giselle Zornberg

**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND DEFENDANT EQUIFAX INC.**